Robert C. Daudge and Wife v. Wallace Mayo. — Order sustaining demurrer to counter-claim, and judgment thereon, reversed, with costs, at

THIRD DEPARTMENT, MAY TERM, 1889.

General Term; leave given to reply; demurrer overruled. Opinion by Pratt, J.; Dykman, J., not sitting.